**Order entered December 4, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00868-CV

**BRIGETTA D'OLIVIO, Appellant**

**V.**

**GREG FOX, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

Before the Court is appellant's December 3, 2018 second motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **December 28, 2018**. We caution

appellant that further requests for extension will be disfavored.

/s/    ADA BROWN
         JUSTICE